# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff,<br>v.<br>UGAR SEN et al.,<br><br>           Defendants. | Case No. 2:15-cv-00296-MCE-EFB<br><br>**ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE** |

Having read the foregoing stipulation, and good cause appearing, the settlement conference previously scheduled for April 18, 2016 at 9:30 am is hereby continued to July 11, 2016 at 9:30 am before Magistrate Judge Carolyn K. Delaney.

Dated: April 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE