# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br>   v.<br><br>UGAR SEN;<br>SUMINTRA SEN;<br>ALFAREH ALMOKHTAR HUSSEIN;<br>JOSE A. PACHECO;<br>LA PERLA DE GUADALAJARA LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendants. | Case: 2:15-cv-00296-MCE-EFB<br><br>**ORDER OF DISMISSAL** |

Pursuant to the joint stipulation of the parties, and pursuant to F.R.CIV.P.41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1